# Court of Appeals
# of the State of Georgia

ATLANTA, **September 12, 2012**

*The Court of Appeals hereby passes the following order:*

**A13A0075. SOPHELIA ANN JOHNSON v. THE STATE.**

Sophelia Ann Johnson pled guilty to DUI. On February 2, 2012, the trial court entered a judgment of conviction and sentence pursuant to the plea. On April 23, 2012, Johnson appealed the Supreme Court, which transferred the case here.

OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Johnson filed her notice of appeal 81 days after the trial court entered its order, the appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/12/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*